**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

_____
                                  )

NICCOLA REED,              )

                )

          Plaintiff,     )

     v.               )       Civil Action No. 14-2134 (KBJ)

                )

VINCENT GRAY, _et al._,    )

                )

          Defendants.  )
_____)

### MEMORANDUM OPINION

This matter is before the Court on the Motion to Dismiss Complaint (ECF No. 4) filed on behalf of the U.S. Department of Housing and Urban Development and Defendant Vincent Gray and the District of Columbia's Motion to Dismiss the Complaint (ECF No. 6). The Court advised the plaintiff of her obligations under the Federal Rules of Civil Procedure and the local rules of this Court to respond each motion.

The Court's December 24, 2014 Order (ECF No. 5) set January 23, 2015 as the deadline for plaintiff's response to the federal defendant's motion, and the January 2, 2015 Order (ECF No. 7) set February 2, 2015 as the deadline for her response to the District of Columbia defendants' motion. Each Order warned plaintiff that, if she failed to file a timely opposition, the Court would treat the motion as conceded. To date, plaintiff has not filed an opposition to either motion, or requested more time to file an opposition, or advised the Court of any change of address. The Court, therefore, will

grant defendants' motions as conceded and will dismiss this action. An Order is issued

separately.



Date: February 19, 2015

*Ketanji Brown Jackson*
KETANJI BROWN JACKSON
United States District Judge